Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235
**Case No. 10−19957−rb**

**In re:**
   David Dale Brown
   12927 Hamilton Club Drive #310
   North Royalton, OH 44133

**Social Security No.:**
   xxx−xx−9372

## NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
October 26, 2010 at 9:00 a.m.
in courtroom #2B
before Judge Randolph Baxter

To consider and act upon the following matters:

Application of Debtor for Waiver of the Chapter 7 Filing fee.

Interested parties need to be present at hearing.

**Dated:** October 12, 2010     For the Court
Form ohnb187     Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-1         User: klamu             Page 1 of 1             Date Rcvd: Oct 12, 2010
Case: 10-19957               Form ID: 187            Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 14, 2010.
db          +David Dale Brown,   12927 Hamilton Club Drive #310,   North Royalton, OH 44133-7446

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2010**                    Signature:    *Joseph Speetjens*