UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## CHANGE OF ADDRESS NOTIFICATION   (corrected address)
(To be filed)

NAMES(S) OF DEBTORS(S): David Dale Brown

CASE NO.: 10-19957-rb

JUDGE: Randolph Baxter

NAME OF PARTY TO BE CHANGED:

FORMER ADDRESS: 12927 Hamilton Club Drive #310
North Royalton, OH 44133

NEW ADDRESS: 12927 Hampton Club Drive #310
North Royalton, OH 44133

HOW NOTIFIED:                    NOTIFIED BY WHOM:

PHONE CALL        ( )            BANKRUPT              ( )

AT COUNTER        ( )            ATTY. FOR BANKRUPT    X

AT 341 MEETING    ( )            OTHER                 ( )

DATE:_____                /s/ Diana Khouri
                                 SIGNATURE