**IT IS SO ORDERED.**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

**Dated: 22 November, 2010 12:44 PM**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
(CLEVELAND DIVISION)

IN RE:                                                    CHAPTER 7

DAVID DALE BROWN                          CASE NO. 10-19957-rb

SSN xxx-xx-9372                                    Judge Randolph Baxter

DEBTOR

### ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPER 7 FILING FEE

Upon consideration of the Debtor's Application for waiver of the Chapter 7 Filing Fee, the Court hereby Orders that the Application be Granted.

This Order is subject to be vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

IT IS SO ORDERED

### 

2

Submitted by:

/s/ Diana Khouri
Diana Khouri (0067530)
6300 Rockside Road #204
Cleveland, OH 44131
Telephone: 866-964-7275
Email: dianakhouriohio@gmail.com

Attorney for Debtor

Copies to:

The following parties were by the Court's electronic noticing system:

Trustee, Steven Davis    sdavis@epitrustee.com


The following parties were served by United States Mail, postage prepaid

U.S. Trustee Office
201 Superior Ave E. #441
Cleveland, OH 44114-1240